UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESSUH SUHYES HUSSEY,<br><br>                       Plaintiff,<br><br>-against-<br><br>NURSE LUBOA; DR. SCHNEIDER,<br><br>                      Defendants. | 23-CV-4371 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 10, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 10, 2023
          New York, New York

                                                    /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge